IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAM J. PEARSON,
        Plaintiff,

vs.                                                            Case No:  3:05cv320/RV/EMT

STANLEY WALKER,
        Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 25, 2006.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      Defendant's motion to dismiss (Doc. 22) is **GRANTED.**

3.      The petition for writ of mandamus (Doc. 1) is  **DISMISSED** with prejudice and the clerk is directed to close the file.

**DONE AND ORDERED** this 28th day of August, 2006.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**